ACCEPTED
04-14-00897-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/7/2015 8:06:20 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00897-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/7/2015 8:06:20 AM
KEITH E. HOTTLE
Clerk

IN THE ESTATE OF WILLIAM T. BOOTH

## APPELLEE'S UNOPPOSED SECOND
## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

ESTATE OF WILLIAM T. BOOTH, Appellee, submits its Second Unopposed Motion for Extension of Time to File Appellee's Brief and in support of this motion states as follows:

1. Appellee's Brief is due December 9, 2015.

2. This motion is filed prior to the expiration of this due date.

3. The undersigned has conferred with the attorney for Appellant and this motion is unopposed.

4. Appellee requests an additional twenty (20) days to file its Appellee's Brief, extending the time to December 29, 2015.

5. One extension has previously been granted.

6. The undersigned is responsible for the preparation of this Appellee's Brief. The undersigned has been engaged in the formation of Pozza & Whyte, PLLC, a partnership with attorney Lorien Whyte. The formation of this new firm has taken considerable time during the relevant time period. The undersigned has continued to be engaged in conducting numerous previously scheduled mediations, including mediations related to the wrongful death and injury claims arising out of the fire at the Wedgwood apartments. The undersigned has continued to be engaged in providing litigation support in numerous cases for a number of trial attorneys. This extension request is not filed for purposes of delay.

## PRAYER

Appellee asks this Court to grant its motion extending the deadline to file its Appellee's Brief to December 29, 2015.

Respectfully submitted,

POZZA & WHYTE, PLLC
239 E. Commerce Street
San Antonio, TX 78205
(210) 226-8888 – Phone
(210) 222-8477 – Fax
danpozza@pozzaandwhyte.com


/s/Dan Pozza
State Bar No. 16224800

ATTORNEY FOR APPELLEE

2

## CERTIFICATE OF SERVICE

I hereby that a true and correct copy of the above and foregoing document has been delivered via e-mail transmission on this 7th day of December, 2015, to:

Adan A. Gonzalez, III
The Law Office of Donato D. Ramos, PLLC
6219 McPherson Road, Suite 35
Laredo, TX  78041
agonzalez@ddrlex.com

James K. Jones, Jr.
The Law Office of James K. Jones, Jr.
P.O. Box 560
Laredo, TX  78042
jkjjr@icloud.com


/s/Dan Pozza